# EXHIBIT D

**Amended Categorization Form**

A. Plaintiff's Name: Tina Wisdom

B. Plaintiff's Case Number: 1:17-cv-349

C. Plaintiff's Counsel (Lead Firm Name): Murray Law Firm

D. Categorization:

**Instructions: Check each category that applies, briefly describe the claimed injury/complication/outcome in the blank spaces where applicable, and provide specific medical record(s), imaging, and/or expert report in support of each claimed categorization simultaneously with the submission of this form.**

1. Successful First Removal Without Complication or Physical Injury Cases: "Cases where Plaintiffs' profile sheet and further follow-up shows that the Gunter Tulip or Celect IVC filter was successfully removed on the first, routine, percutaneous retrieval attempt and no physical symptom or filter complication was alleged during the time the filter was in place or in connection with the retrieval process."

   ☐ Check this box for Category 1

2. Cases Alleging Mental Distress and Embedment: "Cases where only non-physical injuries, such as worry, stress, or fear of future injury, have been alleged."

   ■ Check this box for Category 2

   Briefly describe claimed complication/outcome/injury: Emotional distress claim.

3. Stenosis of the IVC and Anticoagulation Cases: "(a) Cases where the plaintiff has alleged scarring or stenosis of the IVC caused by the Cook filter; and (b) Cases where the plaintiff has alleged a need for [anti]coagulation on a permanent or long term basis because of an unretrieved or irretrievable filter."

   ☐ Check this box for Category 3(a)

   ☐ Check this box for Category 3(b)

   Briefly describe claimed complication/outcome/injury:

4. Embedded and High Risk Cases: "Cases where the Plaintiff has been advised that the Cook IVC filter is embedded, cannot be retrieved, or that the risk of retrieval outweighs the benefits of retrieval."

☐ Check this box for Category 4

Briefly describe claimed complication/outcome/injury:

5. Failed Retrieval and Complicated Retrieval Cases[1]: "(a) Cases where the plaintiff has undergone one or more failed retrieval procedures; and (b) Cases where Plaintiff's Filter was retrieved but required the use of a non-routine, complicated retrieval method."

**Plaintiffs who have not undergone any filter removal attempt but are asserting an irretrievability-based claim cannot select this category but may select Category 4 above.**

☐ Check this box for Category 5(a)

☐ Check this box for Category 5(b)

Briefly describe claimed complication/outcome/injury:

6. Non-Symptomatic Injury Cases: "Cases where the Plaintiff alleges non-symptomatic filter movement, migration, penetration, perforation, thrombosis, occlusion, or the presence of a clot in the filter that has not produced physical symptoms or complications."

☐ Check this box for Category 6(a) – non-symptomatic filter movement or migration

☐ Check this box for Category 6(b) – non-symptomatic penetration or perforation

☐ Check this box for Category 6(c) – other non-symptomatic conditions

Briefly describe claimed complication/outcome/injury:

7. Symptomatic Injury Cases: "Cases where the Plaintiff alleges medical symptoms, conditions, or complications caused by one or more of the following conditions"

☐ Check this box for Category 7

[1] Plaintiffs that have undergone open removal surgery shall categorize as Category 7(k).

**Check all sub-categories that apply below:**

(a) IVC thrombotic occlusion – consisting of an occluding thrombus in the IVC after filter insertion (documented by imaging, medical record, or expert report);

☐ Check this box for Category 7(a)

Briefly describe claim of symptomatic injury:

(b) filter embolization – consisting of post-deployment movement of the filter to a distant anatomic site;

☐ Check this box for Category 7(b)

Briefly describe claim of symptomatic injury:

(c) filter fracture – consisting of any loss of a filter's structural integrity documented by imaging or autopsy;

☐ Check this box for Category 7(c)

Briefly describe claim of symptomatic injury:

(d) filter migration – consisting of a change in filter position of more than 2 cm (when compared to its deployed position) and as documented by imaging; Briefly describe claim of symptomatic injury:

☐ Check this box for Category 7(d)

Briefly describe claim of symptomatic injury:

(e) penetration or perforation **(if claiming this category, check only one option below)**:

(1) symptomatic perforation consisting of a filter strut or anchor extending 3 or more mm outside the wall of the IVC as demonstrated on imaging; or

☐ Check this box for Category 7(e)(1)

Briefly describe claim of symptomatic injury:

(2) organ perforation –

☐ Check this box for Category 7(e)(2)

Briefly describe claim of symptomatic injury:

(f) recurrent pulmonary embolism (PE) – consisting of PE that occurs after filter placement is documented by pulmonary arteriography, cross sectional imaging, lung scan, or autopsy;

☐ Check this box for Category 7(f)

Briefly describe claim of symptomatic injury:

(g) DVT or other blood clot caused by filter;

☐ Check this box for Category 7(g)

Briefly describe claim of symptomatic injury:

(h) infection;

☐ Check this box for Category 7(h)

Briefly describe claim of symptomatic injury:

(i) bleeding;

☐ Check this box for Category 7(i)

Briefly describe claim of symptomatic injury:

(j) death; and

☐ Check this box for Category 7(j)

The undersigned Plaintiff affirms that he or she has provided available information to their counsel and that he or she agrees that the chosen categorization is accurate to the best of his or her knowledge and recollection. If no specific medical record(s) accompany the submission of this form, counsel certifies that specific medical records supporting case categorization were previously produced on [Date/Time] and are identified by [bates label, provider name, page number, etc.].

Plaintiff's Counsel Name (printed): Stephen B. Murray, Jr.

Plaintiff's Counsel's Firm: Murray Law Firm

Plaintiff's Counsel's Signature: [signature]

## All Radiology Results (05/11/07 - 05/11/07)

**INFERIOR VENA CAVA [32736336]**

Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

| Type | ID |
|---|---|
| DI | 4492090 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1000 |

**PLACEMENT IVC FILTER [32736337]**

Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

| Type | ID |
|---|---|
| DI | 4492092 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a

**PLACEMENT IVC FILTER [32736337] (continued)** Resulted: 05/11/07 1808, Result status: Final result

digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1050 |

**SURG-SUPER + INFER VENA CAVA [32736338]** Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

| Type | ID |
|---|---|
| DI | 4492095 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following furtner skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1056 |

**SURG-IVC FILTER PLACEMENT [32736339]** Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

**All Radiology Results (05/11/07 - 05/11/07) (continued)**

**SURG-IVC FILTER PLACEMENT [32736339] (continued)** Resulted: 05/11/07 1808, Result status: Final result

| Type | ID |
|---|---|
| DI | 4492096 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1057 |

**VASCULAR STUDIES REPORT [32729250]** Resulted: 05/11/07 1234, Result status: Final result

**Transcription**

| Type | ID | Author |
|---|---|---|
| DI | 2A33_0003 | Moawad, John A., MD |

Signed by Moawad, John A., MD on 05/11/07 at 1234

Peripheral Venous Duplex

Name: Wisdom Tina
MR Number: 0438395
DOB: 09/21/72
Date: 05/10/07

Interpreting Attending: Moawad John, MD
Referring Physician: DASARATHY, JAIVIDHYA(029876)
Performed By: Stephanie E Millsop

Indications
Suspected DVT: edema

Interpretation

**All Radiology Results (05/11/07 - 05/11/07) (continued)**

**VASCULAR STUDIES REPORT [32729250] (continued)** Resulted: 05/11/07 1234, Result status: Final result

Simultaneous real time imaging of venous blood flow using both pulsed and color Doppler, as well as B-mode evaluation of the venous system with compression techniques, was used to evaluate the deep veins of the lower extremities. The study demonstrates the following findings:

--t-

--t--

Findings

Right

Doppler color flow of the right leg demonstrates partial flow in the popliteal vein indicating venous thrombosis.

Left

Normal color flow dynamics and compressibility of the deep veins of the left leg with no evidence of venous thrombosis.

Summary

Deep venous thrombosis of the right leg involving the popliteal vein.
This appears to be acute .
Normal deep vein scan of the left leg .

This report was interpreted, reviewed and electronically signed by Moawad John, MD

??

??

??

??

MetroHealth Medical Center
Heart & Vascular Center
2500 MetroHealth Drive, Cleveland, Ohio 44109-1998
(216) 778-1221

Patient name: Wisdom Tina, ID: 0438395

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/10/07 1241 |

**All Radiology Results (05/11/07 - 05/11/07)**

**INFERIOR VENA CAVA [32736336]** Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

**All Radiology Results (05/11/07 - 05/11/07) (continued)**

**INFERIOR VENA CAVA [32736336] (continued)** Resulted: 05/11/07 1808, Result status: Final result

| Type | ID |
|---|---|
| DI | 4492090 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1000 |

**PLACEMENT IVC FILTER [32736337]** Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

| Type | ID |
|---|---|
| DI | 4492092 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

**All Radiology Results (05/11/07 - 05/11/07) (continued)**

**PLACEMENT IVC FILTER [32736337] (continued)** Resulted: 05/11/07 1808, Result status: Final result

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1050 |

**SURG-SUPER + INFER VENA CAVA [32736338]** Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

| Type | ID |
|---|---|
| DI | 4492095 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1056 |

**SURG-IVC FILTER PLACEMENT [32736339]** Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

| Type | ID |
|---|---|

**All Radiology Results (05/11/07 - 05/11/07) (continued)**

**SURG-IVC FILTER PLACEMENT [32736339] (continued)** Resulted: 05/11/07 1808, Result status: Final result

| | |
|---|---|
| DI | 4492096 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1057 |

**VASCULAR STUDIES REPORT [32729250]** Resulted: 05/11/07 1234, Result status: Final result

**Transcription**

| Type | ID | Author |
|---|---|---|
| DI | 2A33_0003 | Moawad, John A., MD |

Signed by Moawad, John A., MD on 05/11/07 at 1234

Peripheral Venous Duplex

| | |
|---|---|
| Name: | Wisdom Tina |
| MR Number: | 0438395 |
| DOB: | 09/21/72 |
| Date: | 05/10/07 |
| Interpreting Attending: | Moawad John, MD |
| Referring Physician: | DASARATHY, JAIVICHYA(029876) |
| Performed By: | Stephanie E Millsop |

Indications
Suspected DVT; edema

Interpretation
Simultaneous real time imaging of venous blood flow using both pulsed and color Doppler, as well as B-mode evaluation of the venous

**All Radiology Results (05/11/07 - 05/11/07) (continued)**

**VASCULAR STUDIES REPORT [32729250] (continued)** Resulted: 05/11/07 1234, Result status: Final result

system with compression techniques, was used to evaluate the deep veins of the lower extremities. The study demonstrates the following findings:

--t-

--t--

Findings

Right

Doppler color flow of the right leg demonstrates partial flow in the popliteal vein indicating venous thrombosis.

Left

Normal color flow dynamics and compressibility of the deep veins of the left leg with no evidence of venous thrombosis.

Summary

Deep venous thrombosis of the right leg involving the popliteal vein.
This appears to be acute .
Normal deep vein scan of the left leg .

This report was interpreted, reviewed and electronically signed by Moawad John, MD

??

??

??

??

MetroHealth Medical Center
Heart & Vascular Center
2500 MetroHealth Drive, Cleveland, Ohio 44109-1998
(216) 778-1221

Patient name: Wisdom Tina, ID: 0438395

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/10/07 1241 |

**All Radiology Results (05/11/07 - 05/11/07)**

**INFERIOR VENA CAVA [32736336]** Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

| Type | ID |
|---|---|

**All Radiology Results (05/11/07 - 05/11/07) (continued)**

**INFERIOR VENA CAVA [32736336] (continued)** Resulted: 05/11/07 1808, Result status: Final result

| Type | ID |
|---|---|
| DI | 4492090 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1000 |

**PLACEMENT IVC FILTER [32736337]** Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

| Type | ID |
|---|---|
| DI | 4492092 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

**All Radiology Results (05/11/07 - 05/11/07) (continued)**

**PLACEMENT IVC FILTER [32736337] (continued)** Resulted: 05/11/07 1808, Result status: Final result

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1050 |

**SURG-SUPER + INFER VENA CAVA [32736338]** Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

| Type | ID |
|---|---|
| DI | 4492095 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblun was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1056 |

**SURG-IVC FILTER PLACEMENT [32736339]** Resulted: 05/11/07 1808, Result status: Final result

**Transcription**

| Type | ID |
|---|---|
| DI | 4492096 |

Signed by Rosenblum, David I., DO on 05/11/07 at 1808

**SURG-IVC FILTER PLACEMENT [32736339] (continued)** Resulted: 05/11/07 1808, Result status: Final result

INDICATIONS: 34 year old female with protein S deficieny, history of recurrent DVT, and noncompliance with coumadin therapy.

CONTRAST: 45 cc.

PROCEDURE: Informed consent was obtained after the risks and benefits of the procedure were explained to the patient. Under sterile conditions and local anesthesia, the right common femoral vein was accessed using Seldinger technique and a guide wire was passed up the IVC. After skin tract dilatation, a 5 French pigtail catheter was placed and a vena cavogram was performed which showed a patent IVC and identified the level of the renal veins.

Following further skin tract dilatation, over a Super-Stiff wire, the delivery system was advanced a Gunther tulip filter was deployed in the infrarenal IVC location which was confirmed with a digital spot image. The patient tolerated the procedure well.

IMPRESSION:
Technically successful IVC filter placement.

The IVC filter may be retrieved in up to 3-6 months, if clinically indicated.

Dr. Rosenblum was present for the procedure.

END OF IMPRESSION:

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/11/07 1057 |

**VASCULAR STUDIES REPORT [32729250]** Resulted: 05/11/07 1234, Result status: Final result

**Transcription**

| Type | ID | Author |
|---|---|---|
| DI | 2A33_0003 | Moawad, John A., MD |

Signed by Moawad, John A., MD on 05/11/07 at 1234

Peripheral Venous Duplex

| | |
|---|---|
| Name: | Wisdom Tina |
| MR Number: | 0438395 |
| DOB: | 09/21/72 |
| Date: | 05/10/07 |
| Interpreting Attending: | Moawad John, MD |
| Referring Physician: | DASARATHY, JAIVIDHYA(029876) |
| Performed By: | Stephanie E Millsop |

Indications
Suspected DVT; edema

Interpretation
Simultaneous real time imaging of venous blood flow using both pulsed and color Doppler, as well as B-mode evaluation of the venous system with compression techniques, was used to evaluate the deep veins of the lower extremities. The study demonstrates the following

**VASCULAR STUDIES REPORT [32729250] (continued)** Resulted: 05/11/07 1234, Result status: Final result

findings:

--t-

--t--

Findings

Right

Doppler color flow of the right leg demonstrates partial flow in the popliteal vein indicating venous thrombosis.

Left

Normal color flow dynamics and compressibility of the deep veins of the left leg with no evidence of venous thrombosis.

Summary

Deep venous thrombosis of the right leg involving the popliteal vein.
This appears to be acute .
Normal deep vein scan of the left leg .

This report was interpreted, reviewed and electronically signed by Monwad John, MD

??

??

??

??

MetroHealth Medical Center
Heart & Vascular Center
2500 MetroHealth Drive, Cleveland, Ohio 44109-1998
(216) 778-1221

Patient name: Wisdom Tina, ID: 0438395

**Specimen Information**

| Type | Source | Collected On |
|---|---|---|
| | | 05/10/07 1241 |