# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| In Re: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | Case No. 1:14-ml-2570-RLY-TAB<br>MDL No. 2570 |

This Document Relates to:

Wisdom, Tina – 1:17-cv-00349
Wentzel, Kevin – 1:19-cv-01777
Booth, Cheryl – 1:19-cv-04074
Laws, James – 1:20-cv-01730

**[PROPOSED] ORDER GRANTING COOK DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS IN NO INJURY CASES**

The Court, having considered Cook's Motion for Judgment on the Pleadings in No Injury Cases, and being duly advised, hereby **GRANTS** the Motion, finding it was made for good cause and valid reasons. The above-captioned cases are hereby **DISMISSED with prejudice**.

**IT IS SO ORDERED**.

Dated:_____

The Honorable Richard L. Young, Judge
United States District Court for the
Southern District of Indiana