UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL DOCKET NO. 2570 : : : : JUDGE RICHARD L. YOUNG : Magistrate Judge Tim A. Baker : |
| This document relates to: CHERYL BOOTH | : Civil Action No.: 1:19-cv-4074 : |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Christopher R. LoPalo of Napoli Shkolnik, PLLC, hereby enters his appearance as counsel of record on behalf of Plaintiff in the above-captioned action and requests that his name be added to the master docket and service list, and that copies of all papers in this matter be served upon him.

Dated: June 4, 2025.                Respectfully submitted,

/s/ *Christopher R. LoPalo*
Christopher R. LoPalo
Bar#: USDC-NY CL6466
NAPOLI SHKOLNIK, PLLC
1302 Ponce de León Ave.
Santurce, PR 00907
Telephone: (787) 493-5088
Facsimile: (646) 843-7603
clopalo@nsprlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Christopher R. LoPalo, hereby certify that on this 2nd day of June 2025, a true and correct copy of the foregoing NOTICE OF APPEARANCE was served upon all counsel of record via the CM/ECF system.

/s/ *Christopher R. LoPalo*
Christopher R. LoPalo
