> ACKNOWLEDGED. Case is dismissed with prejudice.
>
> *RICHARD L. YOUNG, JUDGE*
> United States District Court
> Southern District of Indiana
>
> Date: 6/09/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : MDL DOCKET NO. 2570 : : : : JUDGE RICHARD L. YOUNG : Magistrate Judge Tim A. Baker |
| This document relates to: CHERYL BOOTH Civil Action No.: 1:19-cv-4074 | : : : |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Plaintiff Cheryl Booth and Defendants Cook Incorporated, Cook Medical LLC f/k/a Cook Medical Incorporated, and William Cook Europe ApS, through their undersigned counsel, that the above-captioned action be voluntarily dismissed with prejudice. Each side will bear its own costs.

Date: June 5, 2025

*Attorneys for Plaintiff*

/s/ *Christopher R. LoPalo*
Christopher LoPalo, Esq.
NS PR Law Services
1302 Ponce de León Avenue,
Santurce, Puerto Rico 00907
(212) 397-1000
clopalo@nsprlaw.com

/s/ *Bobby Saadian*
Bobby Saadian
WILSHIRE LAW FIRM
12th Floor,
Los Angeles, CA 90010
(213) 381-9988
masstorts@wilshirelawfirm.com

*Defendants Cook Incorporated,
Cook Medical LLC f/k/a Cook Medical
Incorporated, Cook Group Incorporated, and
William Cook Europe ApS*

/s/ *Jessica Benson Cox*
Jessica Benson Cox
Andrea Roberts Pierson
Faegre Drinker, Biddle & Reath LLP
300 North Meridian Street, Suite 2500
Indianapolis, Indiana 46204
Telephone: (317) 237-0300
Jessica.Cox@faegredrinker.com
Andrea.Pierson@faegredrinker.com

James Stephen Bennett
Faegre Drinker, Biddle & Reath LLP